UNITED STATES ex rel. Fred WILSON, Petitioner, v. Joseph E. RAGEN, Respondent.

No. 9168.

Circuit Court of Appeals, Seventh Circuit.

Feb. 7, 1947.

Rehearing Denied April 3, 1947.
Writ of Certiorari Denied June 2, 1947.

See 67 S.Ct. 1518.

George F. Barrett, Atty. Gen., and William C. Wines, Asst. Atty. Gen. (Raymond S. Sarnow and James C. Murray, Asst. Attys. Gen., of counsel), for appellant.

Russell Packard, of Chicago, Ill., for appellee.

Before SPARKS, MAJOR and KERNER, Circuit Judges.

PER CURIAM.

The decision of the District Court in this case is reversed on the authority of United States of America ex rel. Lew Palmer v. Ragen, 7 Cir., 159 F.2d 356, and the many authorities therein cited, including those of the United States Supreme Court, the Supreme Court of Illinois, and this Circuit Court.